UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No:  2:13–cv–06492–R–VBK          Date:  1/24/2014

Title:  KAREN HARUTYUNYAN V. ERIC J. HOLDER ET AL

PRESENT: HONORABLE MANUEL L. REAL, JUDGE

| William Horrell | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                             Not Present

PROCEEDINGS:    ORDER TO SHOW CAUSE why action should not be dismissed for lack of prosecution

THIS MATTER IS SET ON CALENDAR FOR A HEARING ON

February 3, 2014 at 11:00 AM FOR AN ORDER TO SHOW CAUSE

WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE

OF PLAINTIFF TO FILE PROOF OF SERVICE OF SUMMONS AND

COMPLAINT ON THE DEFENDANTS.

PRESENCE OF THE PARTIES AT THE HEARING IS MANDATORY;

FAILURE TO ATTEND WILL RESULT IN DISMISSAL OF THE ACTION.

cc: counsel of record

MINUTES FORM II
CIVIL – GEN                                             Initials of Deputy Clerk: wh